# SUSSMAN & ASSOCIATES

*- Attorneys at Law -*

**MEMO ENDORSED**

MICHAEL H. SUSSMAN
JONATHAN R. GOLDMAN

1 Railroad Ave. - Suite 3
P.O. Box 1005
Goshen, New York 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANT
SARAH OSBORNE

CHRISTOPHER D. WATKINS
of Counsel

January 31, 2020 – By ECF

Hon. Kenneth M. Karas
United States District Court – SDNY
300 Quarropas Street
White Plains, NY 10601

Re: USA v. Sargeant, et. al., 19 cr 00666 (KMK)

Dear Judge Karas,

Our office represents Kelvin Ganpat, one of the defendants in this matter.

Since shortly after his arrest last summer, my client has worn an ankle bracelet. I have communicated with Pre-Trial Services and the assigned Assistant US Attorney and both agree that this condition of his release can now be terminated. Accordingly, I would respectfully request that Your Honor so endorse this correspondence, allowing this to be effectuated. Thank you for your consideration.

Respectfully submitted,

Michael H. Sussman

cc: All counsel through ECF

Granted.
So Ordered.
KMK
2/4/20