**U.S. Department of Justice**

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

May 18, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Randy Sargeant, et al.*, 19 Cr. 666 (KMK)

Dear Judge Karas:

The Government writes, with the consent of each defense counsel, to request that the upcoming status conference, currently scheduled for May 19, 2022 at 10:30 AM, be adjourned and that the Court set a date for trial to begin in this matter in early October 2022. The Government estimates that its case in chief will take approximately five days.

The parties also propose the following dates for pretrial filings:

- Motions *in limine*, proposed jury instructions, voir dire, and proposed verdict form due four weeks prior to trial
- Oppositions to motion *in limine* due two weeks before trial
- Rule 3500 and *Giglio* material due two weeks before trial
- Government exhibits due ten days before trial
- ~~Final pretrial conference approximately ten days before trial~~

Additionally, the Government requests that the time between the date of this letter and the trial date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice, to allow the parties to prepare for trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477

*Granted. The trial will begin on October 11, 2022 at 10:00 AM. Time is excluded until then, in the interests of justice. See 18 U.S.C. Section 3161(h)(7)(A). The Court will hold a final pretrial conference on October 6, 2022 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/26/22