UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>KELVIN GANPAT & AMANDA COPPOLLA,<br><br>                             Defendants. | No. 19-CR-666 (KMK)<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

       Trial of this case will now begin on February 6, 2023, at 10:00 A.M in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

       The Parties' motions *in limine*, proposed jury instructions, voir dire, and proposed verdict form are due by January 9, 2023 (four weeks prior to trial).

       The Government shall produce to Defendant(s) any evidence it will seek to introduce at trial pursuant to Federal Rule of Evidence 404(b) and an accompanying Memorandum of Law by January 16, 2023 (three weeks prior to trial). Defendant(s) shall file a response to the Government's 404(b) motion by January 23, 2023 (two weeks prior to trial). The Government shall file its reply by January 30, 2023 (one week prior to trial).

       Oppositions to motions *in limine* are due by January 23, 2023 (two weeks prior to trial). Failure to object will waive any subsequent objections.

       The Government shall produce to Defendant(s) any material pursuant to 18 U.S.C. § 3500 and *Giglio* by January 23, 2023 (two weeks prior to trial).

       The Government shall produce to Defendant(s) pre-marked exhibits it intends to introduce as part of its case-in-chief at trial by January 27, 2023 (ten days prior to trial).

       The Court will hold a final pre-trial Conference on February 2, 2023, at 2:00 p.m.

Time is excluded from the Speedy Trial Act until February 2, 2023, in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: September 6, 2022
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE