

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

December 6, 2022

**BY Email and ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Kelvin Ganpat*, 19 Cr. 666 (KMK)

Dear Judge Karas:

  The Government writes, with the consent of defense counsel, to request an approximately one-week adjournment of the trial in this matter, which is currently scheduled to begin February 6, 2023. The Government is requesting this adjournment because the law enforcement agents assigned to work on this matter cannot be present for trial during the week of February 6, 2023. The presence of the assigned agents will assist the Government in promptly and orderly having evidence and witnesses available for trial.

  The final pretrial conference is currently scheduled for February 2, 2023, and time has been excluded under the Speedy Trial Act until that date.

Denied. This trial has been scheduled for a long time and there is simply no room in the Court's calendar to move this trial. Among other things, the Court is to start a capital trial soon after this trial. Moreover, the non-specifics claim that all the agents on this case "cannot be present for trial" is dubious, at best.

So Ordered.
*/signature/*
12/6/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
  Christopher D. Brumwell
  Assistant United States Attorney
  212-637-2477